UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL MAGRAFF,

        Plaintiff,

    v.

SOLANO COUNTY SUPERIOR COURT, et al.,

        Defendants.

No. C 07-3665 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred where plaintiff was tried, in Solano County, which lies within the venue of the United States District Court for the Eastern District of California. Defendants are county or state agencies, all in Solano County, and the one individual defendant named is plaintiff's public defender, who presumably resides there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: 7/23/07

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\CR.07\magraff665.trn.wpd