UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL MAGRAFF,<br><br>             Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY SUPERIOR COURT et al,<br><br>             Defendants.          / | Case Number: CV07-03665 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wendell Magraff V-39364
San Quentin State Prison
San Quentin, CA 94974

Dated: July 23, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk